IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
_____Alexandria_____ Division

Eastern Point Trust Company
_____

Plaintiff,

v.                                                    Civil Action No. _1:25-cv-1787_

Flatirons Bank, et al.
_____

Defendant.

## DISCLOSURE OF CITIZENSHIP IN DIVERSITY JURISDICTION CASES

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1 of the Eastern District of Virginia, where jurisdiction is based on diversity of citizenship, all parties or intervenors in the case must, unless the Court orders otherwise, name and identify the citizenship of every individual or entity whose citizenship is attributable to that party or intervenor.

Parties and intervenors are reminded that the citizenship of a limited liability company, professional corporation, limited partnership, partnership, and unincorporated association is determined by the citizenship of all its members or partners.

Eastern Point Trust Company
_____
(Party/Intervenor)

U.S. Virgin Islands
_____
(Citizenship)

_____
(Party/Intervenor)

_____
(Citizenship)

_____
(Party/Intervenor)

_____
(Citizenship)

Skyler R. Peacock
Digitally signed by Skyler R. Peacock
Date: 2025.10.20 15:03:35 -04'00'

_____
Date

_____
Signature of Attorney or Litigant
Counsel for _Eastern Point Trust Company_