UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria _____ DIVISION

Eastern Point Trust Company
_____

vs.                                    Civil/Criminal Action No. 1:25-cv-1787 _____

Flatirons Bank, et al.
_____

### FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Eastern Point Trust Company in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:

Eastern Point Holdings
_____

_____

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for

_____

in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely held entities:

_____

_____

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for

_____

in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

October 20, 2025
_____         _____
Date                               Signature of Attorney or Litigant
                                   Counsel for Skyler R. Peacock  Digitally signed by Skyler R. Peacock
                                                                  Date: 2025.10.20 15:06:07 -04'00'

Rev. 03/12/19