**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

| | |
|---|---|
| **EASTERN POINT TRUST COMPANY** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Case NO. 1:25-cv-1787** |
| | ) |
| **FLATIRONS BANK et al.** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**PRAECIPE ENTERING APPEARANCE**

WOULD THE CLERK OF COURT, please note the appearance of T. Wayne Biggs, Esq.

as additional counsel for Plaintiff Eastern Point Trust Company in the above-styled matter.

Respectfully submitted
Eastern Point Trust Company
By Counsel


_____/s/_____
DYCIO & BIGGS
T. Wayne Biggs, Esq. VSB #41281
10533 Main Street
Fairfax, Virginia 22030
703.383.0100
703.383.0101 (FAX)
twbiggs@dyciolaw.com


**CERTIFICATE OF SERVICE**


I hereby certify that on this 29th Day of December 2025, I filed the foregoing using the Court's CM/ECF System which will send a Notice of Electronic filing to all counsel of record.


_____/s/_____
T. Wayne Biggs, Esq.