IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| EASTERN POINT TRUST COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>FLATIRONS BANK, JAKOB Z. NORMAN, NICHOLAS J. COCCIMIGLIO, WILLIAM BUNNELL, MICHAEL UPCHURCH, COURTNEY BARBER, TIMOTHY KROCHUK, TRIAL LAWYERS FOR JUSTICE, JUSTICE FOR LIFE, FBHC SOFTWARE, LLC; TRELLIS SOFTWARE, INC.; TOWN OF GLENROCK, WY; BRUCE ROUMELL, AMY IBERLIN, and JOHN DOES,<br><br>Defendants. | Case No. 1:25-CV-1787 |

**DECLARATION OF NICHOLAS COCCIMIGLIO**
**On Behalf of Himself and as a Member of Justice for Life, LLC**

I hereby declare as follows:

1. My name is Nicholas Coccimiglio. I am over eighteen years of age. I have never been convicted of a felony or a crime of moral turpitude, and I am fully competent to make this declaration.

2. I am the managing member of Justice for Life, LLC, and I have personal knowledge of the facts stated herein, which are true and correct.

3. I have personal knowledge of the facts stated herein, which are true and correct.

4. I am a resident of the State of Idaho.

5. I have never owned property in or been a resident of the Commonwealth of Virginia.

6. I did not visit Eastern Point Trust Company's ("Eastern Point") office in Virginia on or

about March 20, 2020.

7. I did visit Eastern Point's office in Virginia on February 10, 2022.

8. Outside of the single meeting on February 10, 2022, I have not visited Eastern Point's office in Virginia.

9. I did not know that Eastern Point's server was located in Virginia.

10. I am not the only individual with access to the Eastern Point account referenced in the Amended Complaint. The account is primarily used by an employee of a contractor for Justice for Life based in Florida.

11. Justice for Life, LLC, is a limited liability company organized under the laws of the State of Wyoming, with its principal office in the State of Wyoming.

12. I am the sole member of Justice for Life, LLC.

13. After checking Justice for Life's records, I see no evidence that Justice for Life has any clients based in the Commonwealth of Virginia.

14. After checking Justice for Life's records, I see no evidence that Justice for Life used Eastern Point to set up a Qualified Settlement Fund for a client based in the Commonwealth of Virginia.


EXECUTED on this 18th day of February, 2026.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.


Nicholas Coccimiglio