IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

EASTERN POINT TRUST COMPANY,

        Plaintiff,

    v.

FLATIRONS BANK, JAKOB Z.
NORMAN, NICHOLAS J.
COCCIMIGLIO, WILLIAM BUNNELL,
MICHAEL UPCHURCH, COURTNEY
BARBER, TIMOTHY KROCHUK,
TRIAL LAWYERS FOR JUSTICE,
JUSTICE FOR LIFE, FBHC
SOFTWARE, LLC; TRELLIS
SOFTWARE, INC.; TOWN OF
GLENROCK, WY; BRUCE ROUMELL,
AMY IBERLIN, and JOHN DOES,

        Defendants.

Case No. 1:25-CV-1787

**DECLARATION OF JAKOB NORMAN**
**On Behalf of Himself and as Managing Partner of Trial Lawyers for Justice**

I hereby declare as follows:

1. My name is Jakob Norman. I am over eighteen years of age. I have never been convicted of a felony or a crime of moral turpitude, and I am fully competent to make this declaration.

2. I have personal knowledge of the facts stated herein, which are true and correct.

3. I am the managing partner of Trial Lawyers for Justice, and I have personal knowledge of the facts stated herein, which are true and correct.

4. I am a resident of the State of Wyoming.

5. I have never owned property in or been a resident of the Commonwealth of Virginia.

6. I did not visit Eastern Point Trust Company's ("Eastern Point") office in Virginia on or

about March 20, 2020.

7.  I did visit Eastern Point's office in Virginia on February 10, 2022.

8.  Outside of the single meeting on February 10, 2022, I have not visited Eastern Point's office in Virginia.

9.  I did not know that Eastern Point's server was located in Virginia.

10. I did not accept Eastern Point's terms of service during account creation, as I did not create my account.

11. I am not the only individual with access to the Eastern Point account referenced in the Amended Complaint. The account is primarily used by the Chief Financial Officer of Trial Lawyers for Justice, who is based in Iowa.

12. Trial Lawyers for Justice is a professional corporation organized under the laws of the State of Iowa, with its principal office in the State of Iowa.

13. After checking Trial Lawyers for Justice's records, I see no evidence that Trial Lawyers for Justice has any clients based in the Commonwealth of Virginia.

14. After checking Trial Lawyer for Justice's records, I see no evidence that Trial Lawyers for Justice used Eastern Point to set up a Qualified Settlement Fund for any client based in the Commonwealth of Virginia.

EXECUTED on this 19th day of February, 2026.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Jakob Norman

2