**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

**EASTERN POINT TRUST COMPANY,**                )

    **Plaintiff,**                                           )
                                                 )

**v.**                                                              )        **Case No.: 1:25-cv-1787**

**FLATIRONS BANK, et al**                            )

    **Defendants.**                                       )

**CONSENT**
**MOTION FOR LEAVE TO AMEND ITS AMENDED COMPLAINT**

COMES NOW Plaintiff, Eastern Point Trust Company, and hereby files this Consent Motion for Leave to Amend its Amended Complaint, pursuant to Fed. R. Civ. Pro. 15(a)(2).

Plaintiff seeks leave to amend its Amended Complaint [Dkt #40]. The changes to the document are numerous and set forth in a redlined copy of the proposed Second Amended Complaint, as **EXHIBIT A**. Among the most notable amendments, Plaintiff seeks to add two defendants—namely FHBC Holding Company and Tammy Taylor; remove the claim of defamation against Defendant Amy Iberlin; add Defendant Jakob Z. Norman and Michael Upchurch to Count VII, Violation of the DTSA, 18 U.S.C. § 1836 et seq.; and include allegations supporting both personal and subject matter jurisdiction. In support of this motion Defendant submits a Memorandum of Law and attaches both **EXHIBIT A** and a clean copy of the proposed Second Amended Complaint, which Plaintiff requests be entered as the operative Complaint in this case, as **EXHIBIT B**.

                                         Respectfully Submitted,
                                         EASTERN POINT TRUST COMPANY,
                                         By Counsel.

1

DYCIO & BIGGS


 /s/ Gershom A. Young, Esq.
Mark R. Dycio, Esq. (VSB No. 32741)
T. Wayne Biggs, Esq. (VSB No. 41281)
Clifford Clapp, Esq. (VSB No. 85388)
Gershom A. Young, Esq. (VSB No. 93865)
10533 Main Street
Fairfax, Virginia 22030
T: (703) 383-0100
F: (703) 383-0101
mdycio@dyciolaw.com
twbiggs@dyciolaw.com
cclapp@dyciolaw.com


**CERTIFICATE OF SERVICE**

I hereby certify that, on this 7th day of April, 2026, a true and correct copy of the foregoing

was electronically filed via CM/ECF, which will send notice of the filing to all counsel of record.




 /s/ Gershom A. Young, Esq.
Gershom A. Young, Esq.

2