## Scott C. Murray

| | |
|---|---|
| **From:** | Will Bunnell <will@deltasettlements.com> |
| **Sent:** | Wednesday, February 8, 2023 10:15 AM |
| **To:** | Jakob Norman; Scott C. Murray |
| **Cc:** | Mikel Taft |
| **Subject:** | QSF Documentation for your Review |

Mr. Murray,

I hope you are doing well.

Jakob asked that I reach out and provide these QSF documents for your review.

You can view "EPTC QSF Docs.zip" at: https://acrobat.adobe.com/link/track?uri=urn:aaid:scds:US:1975012f-b8f8-410f-b463-65f817ed9d43

Above is a link to a zip folder that contains the following for the Mikayla Best-Prostrednik Case:

1)  Bank and Information
    a.  Has a breakdown of how EPTC put together their bank system
    b.  Has QSF information
2)  QSF Creation Docs
    a.  When a QSF is created, these are the agreements and documentation we receive
    b.  Note: The petition is not something we receive on every QSF, but I have included one example from another QSF for reference
3)  Reports
    a.  These are financial reports that are updated monthly to reflect the activity in each QSF

Let me know if you need anything further as you review these documents.

Have a great day,

Will P. Bunnell, MBA
Senior Case Manager
Delta Settlements
135 West Bay Street, Suite #500
Jacksonville, FL 32202
P (904) 598-1110
F (904) 598-1081
will@deltasettlements.com
www.deltasettlements.com

 Follow @Delta Settlements

**CONFIDENTIALITY NOTICE:** This email communication and any attachments may contain confidential and privileged information for the use of the designated recipient(s) named above. If you are not the intended recipient, you have received this communication in error and that any review, disclosure, dissemination, distribution, or copying of it or its contents is prohibited. If you are not the intended recipient of this communication, please notify me immediately by replying to this message and deleting it from your computer.

1

**IRS REQUIRED TAX DISCLOSURE:** Information contained herein is not tax advice, nor is it intended or written to of use, and cannot be used, to avoid any tax penalties. You should seek advice based on your particular circumstances from an independent tax advisor if you have tax-related questions.



This email has been scanned for spam and viruses. Click here to report this email as spam.

2