## AFFIDAVIT OF THOMAS NEWMAN

STATE OF WYOMING )
         ) ss.
COUNTY OF BIG HORN )

I, Thomas Newman, being duly sworn, depose and state as follows:

1. My name is Thomas Newman and I am of the age of majority and competent to testify to the facts contained herein.

2. I am a resident of the State of Wyoming and the Town of Lovell.

3. I am currently the Mayor of the Town of Lovell, Wyoming, a municipal corporation duly organized under the laws of the State of Wyoming.

4. Flatirons Bank of Colorado ("Flatirons"), a financial institution without trust powers, located in Colorado, solicited the Town of Lovell to act as the "governmental authority" as defined by 26 C.F.R. § 1.468B-1 et seq., for QSFs relating to Flatirons Bank of Colorado and its Justice Escrow QSF platform in or around August 2023.

5. In this role, the Town of Lovell, by federal regulation, was required to exercise the power of "continuing jurisdiction" to oversee the associated Qualified Settlement Funds and to have access to all operational and tax data necessary to fulfill its said *continuing jurisdiction.*

6. As the "governmental authority", the Town of Lovell was responsible for specific responsibilities and powers of the *governmental authority.*

7. As the *governmental authority*, the Town of Lovell directed its legal counsel to request specific information from Flatirons on multiple occasions over the course of approximately three weeks concerning the Qualified Settlement Funds over which Lovell had *continuing jurisdiction.*

8. These requests were made in accordance with the Town's *continuing jurisdictional* powers under federal tax law and were necessary for the Town to fulfill its legal obligations, including but not limited to ensuring compliance with the Internal Revenue Code and applicable Wyoming statutes.

9. Despite the Town of Lovell's counsel's requests, Flatirons Bank and its officers repeatedly refused to provide the requested information, including but not limited to proof of tax returns, payment of tax obligations, and compliance with the operational aspects of 26 C.F.R. § 1.468B-1 *et seq.*

10.     The Town of Lovell's legal counsel relayed her attempts to the Town Council and to me and she relayed the inaction of Flatirons Bank to provide the requested information. Despite assurances some information would be provided at a later date, no information was produced by Flatirons Bank. These denials persisted until the date of termination of the contract with Flatirons Bank.

11.     The Town of Lovell was never able to access any of the information through the online 'Justice Escrow' platform or by any other means.

12.     This obstruction hindered the Town's ability to ensure proper administration, oversight, and compliance with respect to the Qualified Settlement Funds in question, thereby exposing the Town and its residents to significant legal and financial risks.

13.     The Town of Lovell was led to believe, based on the representations of Flatirons, that access to such data was available upon demand, and when it was requested, it was not produced to the Town's legal counsel after multiple requests in early 2025.

I declare under penalty of perjury under the laws of the State of Wyoming that the foregoing is true and correct to the best of my knowledge, information, and belief.

**FURTHER AFFIANT SAYETH NAUGHT.**

DATED this 16th day of July, 2025.

TOWN OF LOVELL

By: _____

Thomas Newman, Mayor

STATE OF WYOMING     )
                     ) ss.
COUNTY OF BIG HORN   )

The foregoing Affidavit of Thomas Newman was signed and sworn to before me by Thomas Newman as Mayor for the Town of Lovell on the 16th day of July 2025.

_____
Notary Public

My Commission expires:

4/4/2028

STEPHANIE RODRIGUEZ
NOTARY PUBLIC
STATE OF WYOMING
COMMISSION ID: 161310
MY COMMISSION EXPIRES: 04/04/2028

Affidavit of Thomas Newman
Page 2 of 2