IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

EASTERN POINT TRUST COMPANY,          )
                                      )
                                      )
              Plaintiff,              )
                                      )
v.                                    )        Civil Action No. 1:25-cv-01787 (RDA/IDD)
                                      )
FLATIRONS BANK, *et al*.,             )
                                      )
                                      )
              Defendants.             )
_____       )

**ORDER**

This matter is before the Court on Plaintiff Eastern Point Trust Company's Motion for Leave to Amend its Amended Complaint [Dkt. No. 67] and Consent Motion for Leave to Amend its Amended Complaint [Dkt. No. 71] (collectively "the Motions"). This matter can be resolved without oral argument, as such argument would not aid the decisional process. Upon consideration of the Motions and for good cause shown, it is hereby

ORDERED that the Consent Motion for Leave to Amend its Amended Complaint [Dkt. No. 71] is **GRANTED.** The Second Amended Complaint [Dkt. No. 71-2] is deemed the operative complaint as of the date of this Order. It is further

ORDERED that Plaintiff Eastern Point Trust Company's Motion for Leave to Amend its Amended Complaint [Dkt. No. 67] is **DENIED as moot**.

ENTERED this 7th day of April 2026.

_____/s/_____
Ivan D. Davis
United States Magistrate Judge

Alexandria, Virginia