STATE OF FLORIDA

COUNTY OF ST. JOHNS

## AFFIDAVIT OF CHRISTOPHER BUA

I, Christopher Bua, being duly sworn, depose and state as follows:

1. My name is Christopher Bua, and I am a competent adult resident of the State of Florida licensed to sell insurance products.

2. I was previously associated with Delta Settlements, beginning in September 2008.

3. On or around October 15, 2017, I departed Delta Settlements to assume the position of Vice President of Internal Sales for Independent Life, later becoming its Senior Vice President of Sales.

4. On May 19, 2023, I departed Independent Life and soon after formed Bua Settlements LLC to serve as a settlement planner to injured individuals, their families, and their attorneys.

5. Exhibit A, attached hereto, demonstrates logins to www.easternpointtrust.com and its QSF 360™ platform, as well as Eastern Point Trust Company's TrustWare™ platform, using the email address (chrisb@deltasettlements.com), the email address I used during my employment at Delta Settlements.

6. The only other person I know to have access to the chrisb@deltasettlements.com email address was/is Will Bunnell (Bunnell), who, based on information and belief, is employed by Delta Settlements and provides services to settlement planners who place structured settlements through Delta Settlements.

7. Bunnell requested access to chrisb@deltasettlements.com as part of the transition of duties associated with my departure from Delta Settlements.

8. Upon my departure from Delta Settlements, I attest that I have never accessed the login function of www.easternpointtrust.com at any time, nor have I logged in to utilize QSF 360TM or TrustWare on www.easternpointtrust.com, using the email address of chrisb@deltasettlements.com.

9. I attest that I neither have nor did I have access to the email address chrisb@deltasettlements.com after my departure from Delta Settlements.

10. I attest that, based on information and belief, I did not execute the login instances identified in Exhibit A after my departure from Delta Settlements, nor did I give permission to anyone to continue doing so as my agent for the time period referenced.

I declare under penalty of perjury under the laws of the State of Florida that the foregoing is true and correct to the best of my knowledge, information, and belief.


**FURTHER AFFIANT SAYETH NAUGHT.**


DATED this 10 day of March, 2026.

Christopher Bua


SUBSCRIBED AND SWORN to before me this 10 day of March, 2026, by Christopher Bua.

Notary Public

My Commission Expires: 9/4/29

[Notary Seal]

NOTARY PUBLIC
Expires
9/4/2029
Cameron Marshall Gaskins
My Commission
HH 716865
STATE OF FLORIDA

## Exhibit A

The listing below is the data from Eastern Point Trust Company's access logs of 392 logins to Eastern Point Trust Company's website (www.easternpointtrustcompany.com) and behind the login functionality of TrustWare and QSF 360 through the utilization of the user ID "chrisb@deltasettlements.com":

| | |
|---|---|
| chrisb@deltasettlements.com | 01/26/2023 04:35 PM |
| chrisb@deltasettlements.com | 08/30/2022 02:35 PM |
| chrisb@deltasettlements.com | 06/10/2022 07:39 PM |
| chrisb@deltasettlements.com | 05/18/2022 02:39 PM |
| chrisb@deltasettlements.com | 05/10/2022 05:12 PM |
| chrisb@deltasettlements.com | 04/13/2022 05:32 PM |
| chrisb@deltasettlements.com | 04/13/2022 05:30 PM |
| chrisb@deltasettlements.com | 04/13/2022 03:46 PM |
| chrisb@deltasettlements.com | 04/13/2022 03:46 PM |
| chrisb@deltasettlements.com | 04/06/2022 08:58 PM |
| chrisb@deltasettlements.com | 04/06/2022 08:43 PM |
| chrisb@deltasettlements.com | 04/06/2022 03:15 PM |
| chrisb@deltasettlements.com | 04/04/2022 05:25 PM |
| chrisb@deltasettlements.com | 04/04/2022 05:25 PM |
| chrisb@deltasettlements.com | 03/25/2022 06:30 PM |
| chrisb@deltasettlements.com | 03/25/2022 03:35 PM |
| chrisb@deltasettlements.com | 03/22/2022 06:13 PM |
| chrisb@deltasettlements.com | 03/21/2022 07:44 PM |
| chrisb@deltasettlements.com | 03/21/2022 02:39 PM |
| chrisb@deltasettlements.com | 03/18/2022 05:04 PM |
| chrisb@deltasettlements.com | 03/18/2022 04:26 PM |
| chrisb@deltasettlements.com | 03/17/2022 08:17 PM |
| chrisb@deltasettlements.com | 03/17/2022 06:08 PM |
| chrisb@deltasettlements.com | 03/17/2022 04:50 PM |
| chrisb@deltasettlements.com | 03/14/2022 06:47 PM |
| chrisb@deltasettlements.com | 03/09/2022 04:56 PM |
| chrisb@deltasettlements.com | 03/03/2022 08:08 PM |
| chrisb@deltasettlements.com | 03/01/2022 04:59 PM |
| chrisb@deltasettlements.com | 02/28/2022 05:07 PM |
| chrisb@deltasettlements.com | 02/28/2022 05:05 PM |
| chrisb@deltasettlements.com | 02/28/2022 05:04 PM |
| chrisb@deltasettlements.com | 02/28/2022 02:40 PM |
| chrisb@deltasettlements.com | 02/25/2022 07:31 PM |
| chrisb@deltasettlements.com | 02/25/2022 06:04 PM |
| chrisb@deltasettlements.com | 02/25/2022 05:26 PM |
| chrisb@deltasettlements.com | 02/25/2022 03:58 PM |
| chrisb@deltasettlements.com | 02/23/2022 07:11 PM |
| chrisb@deltasettlements.com | 02/22/2022 06:13 PM |

| | |
|---|---|
| chrisb@deltasettlements.com | 02/22/2022 02:14 PM |
| chrisb@deltasettlements.com | 02/14/2022 03:09 PM |
| chrisb@deltasettlements.com | 02/10/2022 09:22 PM |
| chrisb@deltasettlements.com | 02/10/2022 03:55 PM |
| chrisb@deltasettlements.com | 02/01/2022 06:17 PM |
| chrisb@deltasettlements.com | 01/28/2022 03:41 PM |
| chrisb@deltasettlements.com | 01/24/2022 07:00 PM |
| chrisb@deltasettlements.com | 01/19/2022 06:35 PM |
| chrisb@deltasettlements.com | 01/12/2022 10:24 PM |
| chrisb@deltasettlements.com | 01/12/2022 08:25 PM |
| chrisb@deltasettlements.com | 01/12/2022 02:56 PM |
| chrisb@deltasettlements.com | 01/06/2022 02:42 PM |
| chrisb@deltasettlements.com | 01/04/2022 04:53 PM |
| chrisb@deltasettlements.com | 10/26/2021 06:10 PM |
| chrisb@deltasettlements.com | 10/13/2021 01:51 PM |
| chrisb@deltasettlements.com | 10/12/2021 01:34 PM |
| chrisb@deltasettlements.com | 10/06/2021 06:29 PM |
| chrisb@deltasettlements.com | 09/30/2021 02:42 PM |
| chrisb@deltasettlements.com | 09/29/2021 03:37 PM |
| chrisb@deltasettlements.com | 09/22/2021 01:37 PM |
| chrisb@deltasettlements.com | 09/14/2021 08:43 PM |
| chrisb@deltasettlements.com | 08/30/2021 03:35 PM |
| chrisb@deltasettlements.com | 08/24/2021 06:08 PM |
| chrisb@deltasettlements.com | 08/13/2021 08:39 PM |
| chrisb@deltasettlements.com | 08/13/2021 02:46 PM |
| chrisb@deltasettlements.com | 08/12/2021 03:52 PM |
| chrisb@deltasettlements.com | 08/11/2021 01:37 PM |
| chrisb@deltasettlements.com | 08/04/2021 08:04 PM |
| chrisb@deltasettlements.com | 07/30/2021 01:04 PM |
| chrisb@deltasettlements.com | 07/26/2021 06:02 PM |
| chrisb@deltasettlements.com | 07/26/2021 02:57 PM |
| chrisb@deltasettlements.com | 07/22/2021 01:12 PM |
| chrisb@deltasettlements.com | 07/14/2021 07:11 PM |
| chrisb@deltasettlements.com | 07/02/2021 05:04 PM |
| chrisb@deltasettlements.com | 07/02/2021 04:54 PM |
| chrisb@deltasettlements.com | 06/30/2021 07:57 PM |
| chrisb@deltasettlements.com | 06/30/2021 02:15 PM |
| chrisb@deltasettlements.com | 06/29/2021 06:43 PM |
| chrisb@deltasettlements.com | 06/28/2021 05:41 PM |
| chrisb@deltasettlements.com | 06/28/2021 02:01 PM |
| chrisb@deltasettlements.com | 06/24/2021 03:11 PM |
| chrisb@deltasettlements.com | 06/24/2021 01:30 PM |
| chrisb@deltasettlements.com | 06/23/2021 02:16 PM |
| chrisb@deltasettlements.com | 06/23/2021 02:15 PM |
| chrisb@deltasettlements.com | 06/23/2021 02:11 PM |

| | |
|---|---|
| chrisb@deltasettlements.com | 06/22/2021 04:11 PM |
| chrisb@deltasettlements.com | 06/22/2021 03:15 PM |
| chrisb@deltasettlements.com | 06/22/2021 01:56 PM |
| chrisb@deltasettlements.com | 06/18/2021 01:06 PM |
| chrisb@deltasettlements.com | 06/04/2021 01:33 PM |
| chrisb@deltasettlements.com | 05/07/2021 04:29 PM |
| chrisb@deltasettlements.com | 05/05/2021 07:24 PM |
| chrisb@deltasettlements.com | 04/22/2021 07:29 PM |
| chrisb@deltasettlements.com | 04/13/2021 05:35 PM |
| chrisb@deltasettlements.com | 03/12/2021 07:40 PM |
| chrisb@deltasettlements.com | 03/11/2021 05:41 PM |
| chrisb@deltasettlements.com | 03/11/2021 05:41 PM |
| chrisb@deltasettlements.com | 03/04/2021 02:59 PM |
| chrisb@deltasettlements.com | 03/03/2021 06:30 PM |
| chrisb@deltasettlements.com | 02/10/2021 04:27 PM |
| chrisb@deltasettlements.com | 02/10/2021 04:05 PM |
| chrisb@deltasettlements.com | 02/10/2021 01:29 PM |
| chrisb@deltasettlements.com | 01/29/2021 06:59 PM |
| chrisb@deltasettlements.com | 01/28/2021 07:52 PM |
| chrisb@deltasettlements.com | 01/28/2021 02:15 PM |
| chrisb@deltasettlements.com | 08/31/2020 02:07 PM |
| chrisb@deltasettlements.com | 08/26/2020 08:43 PM |
| chrisb@deltasettlements.com | 08/26/2020 05:00 PM |
| chrisb@deltasettlements.com | 08/26/2020 04:34 PM |
| chrisb@deltasettlements.com | 08/26/2020 03:29 PM |
| chrisb@deltasettlements.com | 08/25/2020 06:47 PM |
| chrisb@deltasettlements.com | 08/25/2020 02:10 PM |
| chrisb@deltasettlements.com | 08/25/2020 02:08 PM |
| chrisb@deltasettlements.com | 08/24/2020 08:39 PM |
| chrisb@deltasettlements.com | 08/24/2020 08:38 PM |
| chrisb@deltasettlements.com | 08/21/2020 07:23 PM |
| chrisb@deltasettlements.com | 08/21/2020 05:19 PM |
| chrisb@deltasettlements.com | 08/19/2020 06:18 PM |
| chrisb@deltasettlements.com | 08/12/2020 09:25 PM |
| chrisb@deltasettlements.com | 08/12/2020 06:51 PM |
| chrisb@deltasettlements.com | 08/12/2020 05:25 PM |
| chrisb@deltasettlements.com | 07/21/2020 03:26 PM |
| chrisb@deltasettlements.com | 07/20/2020 01:37 PM |
| chrisb@deltasettlements.com | 07/13/2020 02:28 PM |
| chrisb@deltasettlements.com | 07/09/2020 02:30 PM |
| chrisb@deltasettlements.com | 04/23/2020 01:16 PM |
| chrisb@deltasettlements.com | 04/23/2020 01:00 PM |
| chrisb@deltasettlements.com | 03/09/2020 03:34 PM |
| chrisb@deltasettlements.com | 02/20/2020 02:35 PM |
| chrisb@deltasettlements.com | 02/20/2020 02:30 PM |

| | |
|---|---|
| chrisb@deltasettlements.com | 02/20/2020 04:26 AM |
| chrisb@deltasettlements.com | 02/18/2020 09:56 PM |
| chrisb@deltasettlements.com | 02/04/2020 03:02 PM |
| chrisb@deltasettlements.com | 01/28/2020 10:12 PM |
| chrisb@deltasettlements.com | 01/21/2020 03:45 PM |
| chrisb@deltasettlements.com | 01/15/2020 08:53 PM |
| chrisb@deltasettlements.com | 01/15/2020 05:59 PM |
| chrisb@deltasettlements.com | 12/10/2019 07:32 PM |
| chrisb@deltasettlements.com | 12/10/2019 07:27 PM |
| chrisb@deltasettlements.com | 12/09/2019 05:06 PM |
| chrisb@deltasettlements.com | 12/09/2019 04:52 PM |
| chrisb@deltasettlements.com | 12/03/2019 05:28 PM |
| chrisb@deltasettlements.com | 11/22/2019 05:16 PM |
| chrisb@deltasettlements.com | 11/19/2019 06:59 PM |
| chrisb@deltasettlements.com | 11/19/2019 03:20 PM |
| chrisb@deltasettlements.com | 11/18/2019 10:33 PM |
| chrisb@deltasettlements.com | 11/15/2019 05:33 PM |
| chrisb@deltasettlements.com | 11/15/2019 02:07 PM |
| chrisb@deltasettlements.com | 11/08/2019 07:27 PM |
| chrisb@deltasettlements.com | 11/08/2019 07:18 PM |
| chrisb@deltasettlements.com | 11/08/2019 07:07 PM |
| chrisb@deltasettlements.com | 11/07/2019 03:13 PM |
| chrisb@deltasettlements.com | 11/07/2019 03:05 PM |
| chrisb@deltasettlements.com | 11/07/2019 02:27 PM |
| chrisb@deltasettlements.com | 11/06/2019 09:27 PM |
| chrisb@deltasettlements.com | 11/06/2019 09:19 PM |
| chrisb@deltasettlements.com | 10/29/2019 02:51 PM |
| chrisb@deltasettlements.com | 10/21/2019 06:22 PM |
| chrisb@deltasettlements.com | 10/10/2019 01:47 PM |
| chrisb@deltasettlements.com | 10/09/2019 07:35 PM |
| chrisb@deltasettlements.com | 10/09/2019 07:15 PM |
| chrisb@deltasettlements.com | 10/04/2019 05:28 PM |
| chrisb@deltasettlements.com | 10/01/2019 08:01 PM |
| chrisb@deltasettlements.com | 10/01/2019 07:07 PM |
| chrisb@deltasettlements.com | 10/01/2019 06:13 PM |
| chrisb@deltasettlements.com | 10/01/2019 02:08 PM |
| chrisb@deltasettlements.com | 09/30/2019 06:22 PM |
| chrisb@deltasettlements.com | 09/30/2019 06:20 PM |
| chrisb@deltasettlements.com | 09/30/2019 05:49 PM |
| chrisb@deltasettlements.com | 09/30/2019 04:09 PM |
| chrisb@deltasettlements.com | 09/30/2019 03:37 PM |
| chrisb@deltasettlements.com | 09/30/2019 01:07 PM |
| chrisb@deltasettlements.com | 09/27/2019 07:40 PM |
| chrisb@deltasettlements.com | 09/27/2019 07:32 PM |
| chrisb@deltasettlements.com | 09/27/2019 06:21 PM |

| | |
|---|---|
| chrisb@deltasettlements.com | 09/27/2019 05:48 PM |
| chrisb@deltasettlements.com | 09/27/2019 12:48 PM |
| chrisb@deltasettlements.com | 09/26/2019 08:55 PM |
| chrisb@deltasettlements.com | 09/26/2019 06:33 PM |
| chrisb@deltasettlements.com | 09/26/2019 06:32 PM |
| chrisb@deltasettlements.com | 09/25/2019 09:40 PM |
| chrisb@deltasettlements.com | 09/25/2019 09:39 PM |
| chrisb@deltasettlements.com | 09/24/2019 07:36 PM |
| chrisb@deltasettlements.com | 09/23/2019 07:59 PM |
| chrisb@deltasettlements.com | 09/23/2019 06:46 PM |
| chrisb@deltasettlements.com | 09/23/2019 05:23 PM |
| chrisb@deltasettlements.com | 09/23/2019 04:05 PM |
| chrisb@deltasettlements.com | 09/23/2019 03:37 PM |
| chrisb@deltasettlements.com | 09/23/2019 03:11 PM |
| chrisb@deltasettlements.com | 09/23/2019 02:24 PM |
| chrisb@deltasettlements.com | 09/23/2019 02:23 PM |
| chrisb@deltasettlements.com | 09/23/2019 02:09 PM |
| chrisb@deltasettlements.com | 09/20/2019 03:01 PM |
| chrisb@deltasettlements.com | 09/20/2019 03:00 PM |
| chrisb@deltasettlements.com | 09/18/2019 02:06 PM |
| chrisb@deltasettlements.com | 09/16/2019 12:37 PM |
| chrisb@deltasettlements.com | 09/12/2019 08:06 PM |
| chrisb@deltasettlements.com | 09/12/2019 07:26 PM |
| chrisb@deltasettlements.com | 09/12/2019 03:41 PM |
| chrisb@deltasettlements.com | 09/12/2019 03:40 PM |
| chrisb@deltasettlements.com | 09/11/2019 07:02 PM |
| chrisb@deltasettlements.com | 09/10/2019 08:18 PM |
| chrisb@deltasettlements.com | 09/10/2019 06:10 PM |
| chrisb@deltasettlements.com | 09/09/2019 08:59 PM |
| chrisb@deltasettlements.com | 09/09/2019 07:09 PM |
| chrisb@deltasettlements.com | 09/06/2019 08:38 PM |
| chrisb@deltasettlements.com | 09/06/2019 01:59 PM |
| chrisb@deltasettlements.com | 09/05/2019 07:30 PM |
| chrisb@deltasettlements.com | 09/05/2019 03:54 PM |
| chrisb@deltasettlements.com | 09/04/2019 04:15 PM |
| chrisb@deltasettlements.com | 09/03/2019 07:20 PM |
| chrisb@deltasettlements.com | 09/03/2019 06:39 PM |
| chrisb@deltasettlements.com | 09/03/2019 02:17 PM |
| chrisb@deltasettlements.com | 08/27/2019 07:05 PM |
| chrisb@deltasettlements.com | 08/26/2019 02:20 PM |
| chrisb@deltasettlements.com | 08/26/2019 01:39 PM |
| chrisb@deltasettlements.com | 08/26/2019 01:38 PM |
| chrisb@deltasettlements.com | 08/22/2019 07:03 PM |
| chrisb@deltasettlements.com | 08/22/2019 07:02 PM |
| chrisb@deltasettlements.com | 08/22/2019 07:02 PM |

| | |
|---|---|
| chrisb@deltasettlements.com | 08/22/2019 07:02 PM |
| chrisb@deltasettlements.com | 08/22/2019 07:02 PM |
| chrisb@deltasettlements.com | 08/22/2019 07:02 PM |
| chrisb@deltasettlements.com | 08/22/2019 07:02 PM |
| chrisb@deltasettlements.com | 08/21/2019 07:08 PM |
| chrisb@deltasettlements.com | 08/21/2019 03:44 PM |
| chrisb@deltasettlements.com | 08/20/2019 08:48 PM |
| chrisb@deltasettlements.com | 08/20/2019 08:44 PM |
| chrisb@deltasettlements.com | 08/13/2019 03:09 PM |
| chrisb@deltasettlements.com | 08/09/2019 07:34 PM |
| chrisb@deltasettlements.com | 08/05/2019 07:09 PM |
| chrisb@deltasettlements.com | 08/01/2019 06:28 PM |
| chrisb@deltasettlements.com | 07/26/2019 02:54 PM |
| chrisb@deltasettlements.com | 07/25/2019 07:09 PM |
| chrisb@deltasettlements.com | 07/16/2019 07:16 PM |
| chrisb@deltasettlements.com | 07/16/2019 01:28 PM |
| chrisb@deltasettlements.com | 07/16/2019 01:27 PM |
| chrisb@deltasettlements.com | 07/15/2019 03:35 PM |
| chrisb@deltasettlements.com | 07/11/2019 06:54 PM |
| chrisb@deltasettlements.com | 07/03/2019 01:11 PM |
| chrisb@deltasettlements.com | 07/02/2019 07:12 PM |
| chrisb@deltasettlements.com | 05/28/2019 02:48 PM |
| chrisb@deltasettlements.com | 05/28/2019 02:42 PM |
| chrisb@deltasettlements.com | 05/28/2019 01:56 PM |
| chrisb@deltasettlements.com | 05/23/2019 05:46 PM |
| chrisb@deltasettlements.com | 05/09/2019 06:36 PM |
| chrisb@deltasettlements.com | 04/29/2019 07:31 PM |
| chrisb@deltasettlements.com | 04/16/2019 03:27 PM |
| chrisb@deltasettlements.com | 03/07/2019 02:48 PM |
| chrisb@deltasettlements.com | 11/06/2018 07:48 PM |
| chrisb@deltasettlements.com | 09/25/2018 05:09 PM |
| chrisb@deltasettlements.com | 09/20/2018 01:45 PM |
| chrisb@deltasettlements.com | 09/07/2018 03:33 PM |
| chrisb@deltasettlements.com | 08/29/2018 01:39 PM |
| chrisb@deltasettlements.com | 08/16/2018 07:45 PM |
| chrisb@deltasettlements.com | 08/13/2018 11:56 AM |
| chrisb@deltasettlements.com | 08/03/2018 12:33 PM |
| chrisb@deltasettlements.com | 07/27/2018 06:28 PM |
| chrisb@deltasettlements.com | 07/27/2018 04:05 PM |
| chrisb@deltasettlements.com | 07/27/2018 01:44 PM |
| chrisb@deltasettlements.com | 07/27/2018 01:44 PM |
| chrisb@deltasettlements.com | 07/26/2018 07:28 PM |
| chrisb@deltasettlements.com | 07/26/2018 07:24 PM |
| chrisb@deltasettlements.com | 07/26/2018 07:11 PM |
| chrisb@deltasettlements.com | 07/26/2018 06:52 PM |

| | |
|---|---|
| chrisb@deltasettlements.com | 07/11/2018 03:34 PM |
| chrisb@deltasettlements.com | 07/11/2018 03:17 PM |
| chrisb@deltasettlements.com | 07/11/2018 03:10 PM |
| chrisb@deltasettlements.com | 07/11/2018 03:10 PM |
| chrisb@deltasettlements.com | 07/09/2018 02:33 PM |
| chrisb@deltasettlements.com | 07/05/2018 11:44 AM |
| chrisb@deltasettlements.com | 06/19/2018 03:46 PM |
| chrisb@deltasettlements.com | 06/19/2018 03:40 PM |
| chrisb@deltasettlements.com | 06/19/2018 03:39 PM |
| chrisb@deltasettlements.com | 06/19/2018 03:38 PM |
| chrisb@deltasettlements.com | 06/15/2018 04:08 PM |
| chrisb@deltasettlements.com | 06/15/2018 04:08 PM |
| chrisb@deltasettlements.com | 06/15/2018 04:08 PM |
| chrisb@deltasettlements.com | 06/15/2018 04:08 PM |
| chrisb@deltasettlements.com | 06/15/2018 04:08 PM |
| chrisb@deltasettlements.com | 06/15/2018 04:08 PM |
| chrisb@deltasettlements.com | 06/15/2018 03:58 PM |
| chrisb@deltasettlements.com | 06/15/2018 03:58 PM |
| chrisb@deltasettlements.com | 06/15/2018 03:50 PM |
| chrisb@deltasettlements.com | 06/15/2018 11:41 AM |
| chrisb@deltasettlements.com | 06/15/2018 11:37 AM |
| chrisb@deltasettlements.com | 06/15/2018 11:30 AM |
| chrisb@deltasettlements.com | 06/14/2018 02:20 PM |
| chrisb@deltasettlements.com | 06/13/2018 01:33 PM |
| chrisb@deltasettlements.com | 06/13/2018 08:51 AM |
| chrisb@deltasettlements.com | 06/07/2018 03:01 PM |
| chrisb@deltasettlements.com | 06/07/2018 02:47 PM |
| chrisb@deltasettlements.com | 05/25/2018 12:19 PM |
| chrisb@deltasettlements.com | 05/24/2018 11:24 AM |
| chrisb@deltasettlements.com | 05/24/2018 09:09 AM |
| chrisb@deltasettlements.com | 05/24/2018 09:07 AM |
| chrisb@deltasettlements.com | 05/22/2018 01:57 PM |
| chrisb@deltasettlements.com | 05/17/2018 03:59 PM |
| chrisb@deltasettlements.com | 05/15/2018 11:17 AM |
| chrisb@deltasettlements.com | 05/15/2018 09:35 AM |
| chrisb@deltasettlements.com | 05/14/2018 05:45 PM |
| chrisb@deltasettlements.com | 05/14/2018 12:16 PM |
| chrisb@deltasettlements.com | 05/10/2018 10:52 AM |
| chrisb@deltasettlements.com | 05/02/2018 01:15 PM |
| chrisb@deltasettlements.com | 05/01/2018 02:03 PM |
| chrisb@deltasettlements.com | 04/27/2018 03:05 PM |
| chrisb@deltasettlements.com | 04/27/2018 02:56 PM |
| chrisb@deltasettlements.com | 04/27/2018 02:56 PM |
| chrisb@deltasettlements.com | 04/27/2018 02:37 PM |
| chrisb@deltasettlements.com | 04/24/2018 01:46 PM |

| | |
|---|---|
| chrisb@deltasettlements.com | 04/23/2018 02:38 PM |
| chrisb@deltasettlements.com | 04/23/2018 02:38 PM |
| chrisb@deltasettlements.com | 04/23/2018 02:37 PM |
| chrisb@deltasettlements.com | 04/23/2018 02:37 PM |
| chrisb@deltasettlements.com | 04/10/2018 10:38 AM |
| chrisb@deltasettlements.com | 04/03/2018 11:59 AM |
| chrisb@deltasettlements.com | 04/03/2018 09:38 AM |
| chrisb@deltasettlements.com | 03/27/2018 11:15 AM |
| chrisb@deltasettlements.com | 03/21/2018 12:24 PM |
| chrisb@deltasettlements.com | 03/21/2018 12:24 PM |
| chrisb@deltasettlements.com | 03/20/2018 01:15 PM |
| chrisb@deltasettlements.com | 03/14/2018 11:48 AM |
| chrisb@deltasettlements.com | 03/14/2018 11:47 AM |
| chrisb@deltasettlements.com | 03/06/2018 05:09 PM |
| chrisb@deltasettlements.com | 03/02/2018 10:23 AM |
| chrisb@deltasettlements.com | 02/13/2018 10:41 AM |
| chrisb@deltasettlements.com | 02/08/2018 02:29 PM |
| chrisb@deltasettlements.com | 02/05/2018 04:18 PM |
| chrisb@deltasettlements.com | 02/05/2018 03:28 PM |
| chrisb@deltasettlements.com | 02/05/2018 03:24 PM |
| chrisb@deltasettlements.com | 02/05/2018 03:13 PM |
| chrisb@deltasettlements.com | 02/05/2018 01:05 PM |
| chrisb@deltasettlements.com | 02/01/2018 10:29 AM |
| chrisb@deltasettlements.com | 02/01/2018 10:28 AM |
| chrisb@deltasettlements.com | 02/01/2018 10:27 AM |
| chrisb@deltasettlements.com | 02/01/2018 10:27 AM |
| chrisb@deltasettlements.com | 02/01/2018 10:26 AM |
| chrisb@deltasettlements.com | 01/31/2018 12:28 PM |
| chrisb@deltasettlements.com | 01/31/2018 12:04 PM |
| chrisb@deltasettlements.com | 01/23/2018 03:30 PM |
| chrisb@deltasettlements.com | 01/23/2018 08:53 AM |
| chrisb@deltasettlements.com | 01/18/2018 01:31 PM |
| chrisb@deltasettlements.com | 01/18/2018 01:30 PM |
| chrisb@deltasettlements.com | 01/18/2018 01:29 PM |
| chrisb@deltasettlements.com | 01/10/2018 11:23 AM |
| chrisb@deltasettlements.com | 01/10/2018 11:22 AM |
| chrisb@deltasettlements.com | 01/09/2018 01:18 PM |
| chrisb@deltasettlements.com | 01/08/2018 04:59 PM |
| chrisb@deltasettlements.com | 01/08/2018 11:31 AM |
| chrisb@deltasettlements.com | 01/03/2018 03:05 PM |
| chrisb@deltasettlements.com | 01/03/2018 09:19 AM |
| chrisb@deltasettlements.com | 12/15/2017 09:33 AM |
| chrisb@deltasettlements.com | 12/07/2017 03:13 PM |
| chrisb@deltasettlements.com | 12/07/2017 03:08 PM |
| chrisb@deltasettlements.com | 12/07/2017 02:07 PM |

| | |
|---|---|
| chrisb@deltasettlements.com | 11/27/2017 09:43 AM |
| chrisb@deltasettlements.com | 11/17/2017 11:28 AM |
| chrisb@deltasettlements.com | 11/17/2017 10:04 AM |
| chrisb@deltasettlements.com | 11/17/2017 09:59 AM |
| chrisb@deltasettlements.com | 11/15/2017 02:12 PM |
| chrisb@deltasettlements.com | 11/15/2017 01:33 PM |
| chrisb@deltasettlements.com | 11/15/2017 01:08 PM |
| chrisb@deltasettlements.com | 11/15/2017 12:54 PM |
| chrisb@deltasettlements.com | 11/03/2017 09:31 AM |
| chrisb@deltasettlements.com | 10/03/2017 10:05 AM |
| chrisb@deltasettlements.com | 10/03/2017 10:00 AM |
| chrisb@deltasettlements.com | 10/02/2017 03:05 PM |
| chrisb@deltasettlements.com | 10/02/2017 12:15 PM |
| chrisb@deltasettlements.com | 10/02/2017 12:15 PM |
| chrisb@deltasettlements.com | 10/02/2017 12:08 PM |
| chrisb@deltasettlements.com | 10/02/2017 11:07 AM |
| chrisb@deltasettlements.com | 10/02/2017 11:06 AM |
| chrisb@deltasettlements.com | 10/02/2017 10:46 AM |
| chrisb@deltasettlements.com | 10/02/2017 10:05 AM |
| chrisb@deltasettlements.com | 09/25/2017 10:41 AM |
| chrisb@deltasettlements.com | 09/25/2017 10:40 AM |
| chrisb@deltasettlements.com | 09/25/2017 08:57 AM |
| chrisb@deltasettlements.com | 09/22/2017 02:46 PM |
| chrisb@deltasettlements.com | 09/22/2017 02:29 PM |
| chrisb@deltasettlements.com | 09/22/2017 01:57 PM |
| chrisb@deltasettlements.com | 09/22/2017 01:17 PM |
| chrisb@deltasettlements.com | 09/22/2017 12:54 PM |
| chrisb@deltasettlements.com | 09/22/2017 12:25 PM |
| chrisb@deltasettlements.com | 09/22/2017 11:34 AM |
| chrisb@deltasettlements.com | 09/22/2017 09:25 AM |
| chrisb@deltasettlements.com | 09/21/2017 08:53 AM |
| chrisb@deltasettlements.com | 09/20/2017 03:49 PM |
| chrisb@deltasettlements.com | 09/20/2017 03:47 PM |
| chrisb@deltasettlements.com | 09/20/2017 03:47 PM |
| chrisb@deltasettlements.com | 09/20/2017 03:45 PM |
| chrisb@deltasettlements.com | 09/20/2017 03:45 PM |
| chrisb@deltasettlements.com | 09/20/2017 03:45 PM |
| chrisb@deltasettlements.com | 09/20/2017 03:44 PM |
| chrisb@deltasettlements.com | 09/20/2017 03:44 PM |

**Count**      **392**