IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(E) AND LOCAL
CRIMINAL RULE 57.4(E)

In Case Number 1:25 cv 01787_____, Case Name Eastern Point Trust Company v. Flatirons Bank, et al.
Party Represented by Applicant: FLATIRONS BANK, JAKOB Z. NORMAN, NICHOLAS J. COCCIMIGLIO, WILLIAM BUNNELL, MICHAEL UPCHURCH, COURTNEY BARBER, TIMOTHY KROCHUK, TRIAL LAWYERS FOR JUSTICE, JUSTICE FOR LIFE, FBHC SOFTWARE, LLC, FBHC HOLDING COMPANY, AND TRELLIS SOFTWARE, INC.

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) Lindsay Alexa Sergi
Bar Identification Number 90027185          State District of Columbia
Firm Name Pillsbury Winthrop Shaw Pittman LLP
Firm Phone # 202.663.8000          Direct Dial # 202.663.8232          FAX # 202.663.8007
E-Mail Address lindsay.sergi@pillsburylaw.com
Office **Mailing** Address 1200 Seventeenth Street, NW Washington, DC 20036

Name(s) of federal district court(s) in which I have been admitted District of Columbia

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ☐ am not ☒ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

Lindsay Sergi          Digitally signed by Lindsay Sergi
                       Date: 2026.06.01 14:58:08 -04'00'
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

Thomas L. Howard III    Digitally signed by Thomas L. Howard III    June 1, 2026
                        Date: 2026.06.01 17:47:53 -04'00'
(Signature)                                                         (Date)
Thomas L. Howard III                                               101398
(Typed or Printed Name)                                           (VA Bar Number)

Court Use Only:

Clerk's Fee Paid ☐ or Exemption Granted ☐

The motion for admission is GRANTED ☑ or DENIED ☐

_____          6/2/26
(Judge's Signature)                (Date)