IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

EASTERN POINT TRUST COMPANY,   )
   )
   )
        Plaintiff,   )
   )
v.   )   Civil Action No. 1:25-cv-01787 (RDA/IDD)
   )
FLATIRONS BANK, *et al.*,   )
   )
   )
        Defendants.   )
   )

## ORDER

This matter is before the Court on Consent Motion for Extension of Time to File Motion to Dismiss ("Motion") Dkt. 84. Upon consideration of the Motion and for good cause shown, it is hereby

ORDERED that the Motion is **GRANTED**. Plaintiff shall file oppositions or otherwise respond to Defendants' anticipated Motions to Dismiss no later to July 6, 2026.

ENTERED this __3__ day of _____ 2026.

Rossie D. Alston, Jr.
United States District Court Judge
*EDVA*

Alexandria, Virginia

the underlying criminal judgment will virtually always implicate the rules governing successive applications. Similarly, new legal arguments or proffers of additional evidence will usually signify that the prisoner is not seeking relief available under Rule 60(b) but is instead continuing his collateral attack on his conviction or sentence.

*Id.* at 207.

Accordingly, it is hereby

**ORDERED** that Petitioner's Rule 60(b) Motion is **DENIED**, Dkt. Nos. 36 and 37.

To appeal this decision, petitioner must file a written Notice of Appeal ("NOA") with the Clerk's Office within thirty (30) days of the date of this Order. *See* Fed. R. App. P. 4(a). A written NOA is a short statement indicating a desire to appeal and including the date of the Order the petitioner wishes to appeal. Failure to file a timely NOA waives the right to appeal this decision. Petitioner also must obtain a certificate of appealability from a circuit justice or judge. *See* 28 U.S.C. § 2253(c)(1); Fed. R. App. P. 22(b). The Court expressly declines to issue a certificate for the reasons stated above.

The Clerk is directed to send a copy of this Order to Petitioner and to close this civil action.

Entered this ___3___ day of ___June___ 2026.

Alexandria, Virginia

_____/s/_____
Rossie D. Alston, Jr.
United States District Judge

3