**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | | |
|---|---|---|
| EASTERN POINT TRUST COMPANY, | § § § § | |
| Plaintiff, | § | |
| v. | § § | CASE NO. 1:25-CV-1787 |
| FLATIRONS BANK, JAKOB Z. NORMAN, | § | Judge Rossie D. Alston Jr. |
| NICHOLAS J. COCCIMIGLIO, WILLIAM | § | |
| BUNNELL, MICHAEL UPCHURCH, | § | Magistrate Judge Ivan D. Davis |
| COURTNEY BARBER, TIMOTHY | § | |
| KROCHUK, TRIAL LAWYERS FOR | § | |
| JUSTICE, JUSTICE FOR LIFE, FBHC | § | |
| SOFTWARE, LLC; TRELLIS SOFTWARE, | § | |
| INC.; TOWN OF GLENROCK, WY; BRUCE | § | |
| ROUMELL, AMY IBERLIN, SCOTT C. | § | |
| MURRAY, TAMMY TAYLOR, FBHC | § | |
| HOLDING COMPANY, and JOHN DOES, | § | |
| | § | |
| Defendants. | § | |

**DEFENDANT FBHC HOLDING COMPANY'S**
**RULE 7.1 CORPORATE DISCLOSURE**

Pursuant to Rule 7.1 of Local Civil Rules for the United States District Court for the Eastern

District of Virginia, Defendant FBHC Holding Company makes the following disclosure: FBHC

Holding Company has no publicly held parent, affiliate, or subsidiary companies, and no publicly

held entity owns 10% or more of its stock.

FBHC Holding Company has nothing else to report under Local Civil Rule 7.1(A)(1)(a)

and (b) or Rule 7.1(a)(1) of the Federal Rules of Civil Procedure.

Dated: June 8, 2026                    Respectfully submitted,

                                       */s/ Matthew J. MacLean*
                                       Matthew J. MacLean (VSB Bar No. 44304)
                                       Thomas L. Howard III (VSB No. 101398)
                                       Meaghan C. Murphy (*pro hac vice*)

2

Andrea M. Christiani (*pro hac vice*)
Lindsay A. Sergi (*pro hac vice*)
PILLSBURY WINTHROP SHAW PITTMAN LLP
1200 Seventeenth Street NW
Washington, DC  20036
Phone: (202) 663-8000
Fax: (202) 663-8007
matthew.maclean@pillsburylaw.com
thomas.howard@pillsburylaw.com
meaghan.murphy@pillsburylaw.com
ange.christiani@pillsburylaw.com
lindsay.sergi@pillsbury.com

*Counsel for Defendants Flatirons Bank, Jakob Z. Norman, William Bunnell, Michael Upchurch, Courtney Barber, Timothy Krochuk, Trial Lawyers for Justice, Justice for Life, FBHC Software LLC, FBHC Holding Company, and Trellis Software, Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 8th day of June, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of electronic filing (NEF) to all counsel of record.

<span style="margin-left:50%">*/s/ Matthew J. MacLean*</span>
<span style="margin-left:50%">Matthew J. MacLean</span>