**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | | |
|---|---|---|
| EASTERN POINT TRUST COMPANY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 1:25-CV-1787 |
| | § | |
| FLATIRONS BANK, JAKOB Z. NORMAN, | § | Judge Rossie D. Alston Jr. |
| NICHOLAS J. COCCIMIGLIO, WILLIAM | § | |
| BUNNELL, MICHAEL UPCHURCH, | § | Magistrate Judge Ivan D. Davis |
| COURTNEY BARBER, TIMOTHY | § | |
| KROCHUK, TRIAL LAWYERS FOR | § | |
| JUSTICE, JUSTICE FOR LIFE, FBHC | § | |
| SOFTWARE, LLC; TRELLIS SOFTWARE, | § | |
| INC.; TOWN OF GLENROCK, WY; BRUCE | § | |
| ROUMELL, AMY IBERLIN, SCOTT C. | § | |
| MURRAY, TAMMY TAYLOR, FBHC | § | |
| HOLDING COMPANY, and JOHN DOES, | § | |
| | § | |
| Defendants. | § | |

**MOTION TO DISMISS**

Pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Flatirons Bank, Jakob Z. Norman, Nicholas J. Coccimiglio, William Bunnell, Michael Upchurch, Courtney Barber, Timothy Krochuk, Trial Lawyers for Justice, Justice for Life, FBHC Software LLC, FBHC Holding Company, and Trellis Software, Inc. respectfully move to dismiss Plaintiff Eastern Point Trust Company's Second Amended Complaint (ECF No. 77) for lack of personal jurisdiction and for failure to state a claim. The grounds for this motion are set forth in the accompanying memorandum and supporting declarations.

Dated: June 8, 2026                       Respectfully submitted,

                                          /s/ Matthew J. MacLean
                                          Matthew J. MacLean (VSB Bar No. 44304)
                                          Thomas L. Howard III (VSB No. 101398)
                                          Meaghan C. Murphy (*pro hac vice*)

Andrea M. Christiani (*pro hac vice*)
Lindsay A. Sergi (*pro hac vice*)
PILLSBURY WINTHROP SHAW PITTMAN LLP
1200 Seventeenth Street NW
Washington, DC  20036
Phone: (202) 663-8000
Fax: (202) 663-8007
matthew.maclean@pillsburylaw.com
thomas.howard@pillsburylaw.com
meaghan.murphy@pillsburylaw.com
ange.christiani@pillsburylaw.com
lindsay.sergi@pillsbury.com

*Counsel for Defendants Flatirons Bank, Jakob Z. Norman, Nicholas J. Coccimiglio, William Bunnell, Michael Upchurch, Courtney Barber, Timothy Krochuk, Trial Lawyers for Justice, Justice for Life, FBHC Software LLC, FBHC Holding Company, and Trellis Software, Inc.*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 8th day of June, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of electronic filing (NEF) to all counsel of record.

<u>*/s/ Matthew J. MacLean*</u>
Matthew J. MacLean