**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

EASTERN POINT TRUST COMPANY
Plaintiff,

v. Case No.: 1:25-cv-1787

FLATIRONS BANK, *et al.*
Defendants.

PRAECIPE

The Clerk will please note that the firm of Dycio & Biggs will be continuing as counsel of record for EASTERN POINT TRUST COMPANY. Clifford Clapp, Esq. will be leaving the firm of Dycio & Biggs and should be removed from all future notices, communications, and pleadings. Primary counsel on the case will continue to be T. Wayne Biggs, Esq. Please direct all notices, pleadings, and communications to:

T. Wayne Biggs, Esq. (VSB # 41281)
Dycio & Biggs
10533 Main Street
Fairfax, VA 22030
(703) 383-0100 phone
(703) 383-0101 fax
twbiggs@dyciolaw.com

Respectfully Submitted,
EASTERN POINT TRUST COMPANY
By Counsel

Clifford Clapp, Esq. VSB# 85388
Dycio & Biggs
10533 Main Street
Fairfax, Virginia 22030
Phone: (703) 383-0100
Fax: (703) 383-0101

cclapp@dyciolaw.com
Counsel for Plaintiff.

Certificate of Service

I certify that on August 7, 2026, a true copy of the foregoing was sent via first-class mail postage pre-paid to:

Benjamin E. Ader, Esq.
Tate Bywater
2740 Chain Bridge Rd.
Vienna, Virginia 22181

Kevin T. Schutte
William P. Dunne III
4851 Lyndon B Johnson Freeway, Suite 650
Dallas, Texas 75244
*Counsel for Defendants*.

Clifford Clapp